**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-6288

STEVEN WHISENANT,

Plaintiff - Appellant,

versus

RONALD J. ANGELONE,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, District Judge. (CA-96-121-R)

Submitted: July 25, 1996          Decided: August 7, 1996

Before LUTTIG and MOTZ, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Steven Whisenant, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his motion for a preliminary injunction to prohibit the Defendant from confiscating his typewriter while he has litigation pending. We have reviewed the record and the district court's opinion and find no abuse of discretion and no reversible error. See Direx Israel, Ltd. v. Breakthrough Medical Corp., 952 F.2d 802, 812-13 (4th Cir. 1991). Accordingly, we affirm on the reasoning of the district court. Whisenant v. Angelone, No. CA-96-121-R (W.D. Va. Feb. 9, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2